# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH
2013 AUG 16 AM 9:51
CLERK _____
SO. DIST. OF GA.

CHARLES RICE,                    )
                                 )
    Plaintiff,       )
                                 )
v.                               )     Case No. CV413-079
                                 )
MEGAN HEAP, *District Attorney*, )
*et al.*,                        )
                                 )
    Defendants.       )

## <u>O R D E R</u>

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16 day of August , 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA